# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

TRISHE WIND ENERGY HOLDINGS, INC.,      Case No. 14-41665
                                        Chapter 7
      Debtor.

---

In re:

NATIONAL WIND, LLC,                     Case No. 14-41666
                                        Chapter 7
      Debtor.

---

In re:

NORTHWEST OHIO WIND ENERGY, LLC,        Case No. 14-41667
                                        Chapter 7
      Debtor.

---

In re:

NECO WIND, LLC,                         Case No. 14-41668
                                        Chapter 7
      Debtor.

---

In re:

LAKE COUNTRY WIND ENERGY, LLC,          Case No. 14-41669
                                        Chapter 7
      Debtor.

---

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY
_____

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the trustee in carrying out the trustee's duties as follows: to represent him in connection

with all matters relating to the temporary operation of the debtors' business, the borrowing of funds to sustain that operation and the administration of this case, and the prospective sale of the debtors' assets. The trustee believes that the estate's best interests would be served by retaining the Firm to represent him in such matters.

   3. Michael L. Meyer and Ravich Meyer Kirkman McGrath Nauman & Tansey, A Professional Association ("Firm"), are qualified by reason of practice and experience to render such representation or assistance.

   4. Proposed compensation ranges from $320-$475 per hour plus expenses.

   5. Said professional has disclosed to the undersigned that he has the following connections with the debtors, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) the Firm had previously been consulted with respect to possible retention by the debtors-in-possession if these cases were Chapter 11 cases. The Firm was not retained by any party previously in connection with these cases.

   6. The trustee has made the following efforts to recover the asset prior to submitting this application: N/A.

   WHEREFORE, applicant requests that the court approve such employment by the trustee.


Dated: April 30, 2014         /e/ Randall L. Seaver
                Randall L. Seaver

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| TRISHE WIND ENERGY HOLDINGS, INC., | Case No. 14-41665 |
| | Chapter 7 |
| Debtor. | |

In re:

| | |
|---|---|
| NATIONAL WIND, LLC, | Case No. 14-41666 |
| | Chapter 7 |
| Debtor. | |

In re:

| | |
|---|---|
| NORTHWEST OHIO WIND ENERGY, LLC, | Case No. 14-41667 |
| | Chapter 7 |
| Debtor. | |

In re:

| | |
|---|---|
| NECO WIND, LLC, | Case No. 14-41668 |
| | Chapter 7 |
| Debtor. | |

In re:

| | |
|---|---|
| LAKE COUNTRY WIND ENERGY, LLC, | Case No. 14-41669 |
| | Chapter 7 |
| Debtor. | |

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**
_____

I, Michael L. Meyer and Ravich Meyer Kirkman McGrath Nauman & Tansey, A Professional Association named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1.   I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2.   I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: (a) None, the Firm had previously been consulted with respect to possible retention by the debtors-in-possession if these cases were Chapter 11 cases. The Firm was not retained by any party previously in connection with these cases.

RAVICH MEYER KIRKMAN MCGRATH
NAUMAN & TANSEY, A Professional
Association

Dated: April 30, 2014        By: /s/ Michael L. Meyer
Michael L. Meyer
80 South Eighth Street, Suite 4545
Minneapolis, MN 55402
(612) 317-4745
MLMeyer@RavichMeyer.com

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

TRISHE WIND ENERGY HOLDINGS, INC.,           Case No. 14-41665
                                             Chapter 7
            Debtor.

In re:

NATIONAL WIND, LLC,                          Case No. 14-41666
                                             Chapter 7
            Debtor.

In re:

NORTHWEST OHIO WIND ENERGY, LLC,             Case No. 14-41667
                                             Chapter 7
            Debtor.

In re:

NECO WIND, LLC,                              Case No. 14-41668
                                             Chapter 7
            Debtor.

In re:

LAKE COUNTRY WIND ENERGY, LLC,               Case No. 14-41669
                                             Chapter 7
            Debtor.

**ORDER**

The trustee's application to approve his employment of Ravich Meyer Kirkman McGrath Nauman & Tansey, A Professional Association, as his attorneys came before the court. Based

on the application, the recommendation of the United States Trustee and 11 United States Code §327,

    IT IS ORDERED: The employment is approved.

Dated:

                                                      _____
                                                      Kathleen H. Sanberg
                                                      United States Bankruptcy Judge