UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Trishe Wind Energy Holdings, Inc., | BKY No. 14-41665 |
| | Chapter 7 |
| Debtor. | |

_____

| | |
|---|---|
| In re: | BLK No. 14-41666 |
| | Chapter 7 |
| National Wind, LLC, | |
| Debtor. | |

_____

| | |
|---|---|
| In re: | BKY No. 14-41667 |
| | Chapter 7 |
| Northwest Ohio Wind Energy, LLC, | |
| Debtor. | |

_____

| | |
|---|---|
| In re: | BKY No. 14-41668 |
| | Chapter 7 |
| NECO Wind, LLC, | |
| Debtor. | |

_____

| | |
|---|---|
| In re: | BKY No. 14-41669 |
| | Chapter 7 |
| Lake Country Wind Energy, LLC, | |
| Debtor. | |

_____

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY**
_____

1.    Applicant is the trustee in this case.

2.  Applicant believes that the employment of an attorney is necessary to represent or assist the trustee in carrying out the trustee's duties as follows: to provide legal analysis of transfer avoidance claims and pursue claims and provide other legal services as necessary.

3.  Randall L. Seaver and Fuller, Seaver, Swanson & Kelsch, P.A., are qualified by reason of practice and experience to render such representation or assistance.

4.  Proposed compensation ranges from $245-$470 per hour plus expenses.

5.  Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) Randall L. Seaver, a shareholder in the Firm, is the trustee in this case; (b) the Firm represents the trustee in unrelated matters; and (c) Randall L. Seaver is the trustee in these five related cases that were filed on April 18, 2014, which are listed above and there are some scheduled intercompany claims in those cases. This retention does not relate to those claims.

6.  The trustee has made the following efforts to recover the asset prior to submitting this application: the trsutee has received and reviewed various documents and believes such representation is necessary.

Wherefore, applicant requests that the court approve such employment by the trustee.

Dated: May 14, 2014                                  /e/ Randall L. Seaver
                                                     Randall L. Seaver

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Trishe Wind Energy Holdings, Inc.,                               BKY No. 14-41665
                                                                 Chapter 7
            Debtor.
_____

In re:                                                           BLK No. 14-41666
                                                                 Chapter 7
National Wind, LLC,

            Debtor.
_____

In re:                                                           BKY No. 14-41667
                                                                 Chapter 7
Northwest Ohio Wind Energy, LLC,

            Debtor.
_____

In re:                                                           BKY No. 14-41668
                                                                 Chapter 7
NECO Wind, LLC,

            Debtor.
_____

In re:                                                           BKY No. 14-41669
                                                                 Chapter 7
Lake Country Wind Energy, LLC,

            Debtor.
_____

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**
_____

I, Randall L. Seaver and Fuller, Seaver, Swanson & Kelsch, P.A. named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

      1.     I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

      2.     I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following:  None, except (a) Randall L. Seaver, a shareholder in the Firm, is the trustee in this case; (b) the Firm represents the trustee in unrelated matters; and (c) I am the trustee in these five related cases that were filed on April 18, 2014, which are listed above and there are some scheduled intercompany claims in those cases.  This retention does not relate to those claims.

                                **FULLER, SEAVER, SWANSON & KELSCH, P.A.**

Dated: May 14, 2014                    By: /e/ Randall L. Seaver
                                        Randall L. Seaver        152882
                                        12400 Portland Avenue South, Suite 132
                                        Burnsville, MN 55337
                                        (952) 890-0888; (952) 890-0244
                                        rseaver@fssklaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Trishe Wind Energy Holdings, Inc.,                    BKY No. 14-41665
                                                                                                                                        Chapter 7

                  Debtor.

_____

In re:                                                                                                                                                     BLK No. 14-41666
                                                                                                                                                     Chapter 7

National Wind, LLC,

                  Debtor.

_____

In re:                                                                                                                                                     BKY No. 14-41667
                                                                                                                                                     Chapter 7

Northwest Ohio Wind Energy, LLC,

                  Debtor.

_____

In re:                                                                                                                                                      BKY No. 14-41668
                                                                                                                                                     Chapter 7

NECO Wind, LLC,

                  Debtor.

_____

In re:                                                                                                                                                      BKY No. 14-41669
                                                                                                                                                     Chapter 7

Lake Country Wind Energy, LLC,

                  Debtor.

_____

**ORDER**
_____

     The trustee's application to approve his employment of Fuller, Seaver, Swanson & Kelsch, P.A. as his attorneys came before the court. Based on the application, the recommendation of the United States Trustee and 11 United States Code §327,

     IT IS ORDERED: The employment is approved.

Dated:

                                                                                 _____
                                                                                 Kathleen H. Sanberg
                                                                                 United States Bankruptcy Judge