# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>**TRISHE WIND ENERGY HOLDINGS, INC.,**<br><br>Debtor. | **Case No. 14-41665**<br><br>**CHAPTER 7** |
| In re:<br><br>**NATIONAL WIND, LLC,**<br><br>Debtor. | **Case No. 14-41666**<br><br>**CHAPTER 7** |
| In re:<br><br>**NORTHWEST OHIO WIND ENERGY, LLC,**<br><br>Debtor. | **Case No. 14-41667**<br><br>**CHAPTER 7** |
| In re:<br><br>**NECO WIND, LLC,**<br><br>Debtor. | **Case No. 14-41668**<br><br>**CHAPTER 7** |
| In re:<br><br>**LAKE COUNTRY WIND ENERGY, LLC,**<br><br>Debtor. | **Case No. 14-41669**<br><br>**CHAPTER 7** |

**NOTICE OF WITHDRAWAL OF MOTIONS OF TRISHE WIND ENERGY, INC. TO CONVERT DEBTORS' CASES**

    TO:    The debtors and other entities specified in Local Rule 9013-3.

**PLEASE TAKE NOTICE** that Trishe Wind Energy, Inc. withdraws its motions to convert the debtors' cases.

Dated:  May 15, 2014

**ADAMS AND REESE LLP**

John M. Duck, Louisiana Bar #05104
(admitted *pro hac vice*)
4500 One Shell Square
701 Poydras Street
New Orleans LA 70139
Telephone:  504-581-3234
Fax:  504-566-0210

David K. Bowsher, Alabama Bar #1703-D56B
(admitted *pro hac vice*)
1901 Sixth Avenue North, Suite 3000
Birmingham, AL  35203-3367
Telephone:  205-250-5000
Fax:  205-250-5034

**DORSEY & WHITNEY LLP**

By:  Monica Clark, Esq._____
Monica Clark, #28211X
Elizabeth Hulsebos, #0390389
Suite 1500, 50 South Sixth Street
Minneapolis, MN  55402-1498
Telephone:  (612) 340-2600
Facsimile:   (612) 340-2868

Attorneys for Trishe Wind Energy, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 14-41665** |
| **TRISHE WIND ENERGY HOLDINGS, INC.,** | ) | |
| | ) | **CHAPTER 7** |
| **Debtor.** | ) | |

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 14-41666** |
| **NATIONAL WIND, LLC,** | ) | |
| | ) | **CHAPTER 7** |
| **Debtor.** | ) | |

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 14-41667** |
| **NORTHWEST OHIO WIND ENERGY, LLC,** | ) | |
| | ) | **CHAPTER 7** |
| **Debtor.** | ) | |

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 14-41668** |
| **NECO WIND, LLC,** | ) | |
| | ) | **CHAPTER 7** |
| **Debtor.** | ) | |

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 14-41669** |
| **LAKE COUNTRY WIND ENERGY, LLC,** | ) | |
| | ) | **CHAPTER 7** |
| **Debtor.** | ) | |

## **CERTIFICATE OF SERVICE**

I, Monica Clark, of Dorsey & Whitney LLP, certify that, on May 15, 2014, I caused the attached

>Notice of Withdrawal of Motions of Trishe Wind Energy, Inc. to Convert Debtors' Cases

to be served via CM/ECF or U.S. Mail, as indicated, on the following:

| **VIA CM/ECF** | **VIA CM/ECF** |
|---|---|
| James C. Brand<br>Douglas W. Kassebaum<br>Fredrikson & Byron, P.A.<br>200 South Sixth St., Suite 4000<br>Minneapolis, MN  55402<br>jbrand@fredlaw.com<br>dkassebaum@fredlaw.com | Randall L. Seaver<br>12400 Portland Avenue South, Suite 132<br>Burnsville, MN  55337<br>rseaver@fssklaw.com<br>ustpregion12.mn.ecf@usdoj.gov |
| Michael L. Meyer<br>Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A.<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>mlmeyer@ravichmeyer.com | Michael R. Fadlovich<br>Office of the U.S. Trustee<br>U.S. Department of Justice<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN  55415<br>Michael.fadlovich@usdoj.gov |
| Daniel C. Beck<br>Winthrop & Weinstine, P.A.<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN  55402<br>dbeck@winthrop.com | Mark J. Kalla<br>Barnes & Thornburg LLP<br>225 South Sixth Street, Suite 2800<br>Minneapolis, MN  55402<br>mkalla@btlaw.com |
| Kenneth Corey-Edstrom<br>Larkin Hoffman Daly & Lindgren Ltd.<br>1500 Wells Fargo Plaza<br>7900 Xerxes Avenue South<br>Minneapolis, MN  55431-1194<br>kcoreyedstrom@larkinhoffman.com | Ryan J. Hatton<br>Halleland Habicht PA<br>33 South Sixth Street, Suite 3900<br>Minneapolis, MN  55402<br>rhattan@hallelandhabicht.com |
| Robert T. Kugler, Esq.<br>Stinson Leonard Street LLP<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN  55402<br>robert.kugler@stinsonleonard.com | |

| | |
|---|---|
| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| Trishe Wind Energy Holdings, Inc.<br>706 2nd Avenue South, Suite 1200<br>Minneapolis, MN  55402 | National Wind, LLC<br>706 2nd Avenue South, Suite 1200<br>Minneapolis, MN  55402 |
| Northwest Ohio Wind Energy, LLC<br>706 2nd Avenue South, Suite 1200<br>Minneapolis, MN  55402 | NECO Wind, LLC<br>706 2nd Avenue South, Suite 1200<br>Minneapolis, MN  55402 |
| Lake Country Wind Energy, LLC<br>706 2nd Avenue South, Suite 1200<br>Minneapolis, MN  55402 | |

Dated:  May 15, 2014              **ADAMS AND REESE LLP**

John M. Duck, Louisiana Bar #05104
(admitted *pro hac vice*)
4500 One Shell Square
701 Poydras Street
New Orleans LA 70139
Telephone:  504-581-3234
Fax:  504-566-0210

David K. Bowsher, Alabama Bar #1703-D56B
(admitted *pro hac vice*)
1901 Sixth Avenue North, Suite 3000
Birmingham, AL  35203-3367
Telephone:  205-250-5000
Fax:  205-250-5034


**DORSEY & WHITNEY LLP**

By: <u>Monica Clark, Esq.</u>
Monica Clark, #28211X
Elizabeth Hulsebos, #0390389
Suite 1500, 50 South Sixth Street
Minneapolis, MN  55402-1498
Telephone:  (612) 340-2600
Facsimile:   (612) 340-2868

Attorneys for Trishe Wind Energy, Inc.

3